UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAWRENCE GROCE,<br><br>                  Plaintiff,<br><br>     v.<br><br>WASHINGTON RIVER PROTECTION SOLUTIONS, LLC, a Delaware limited liability company,<br><br>                  Defendant. | NO: 4:15-CV-5063-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation and Proposed Order of Dismissal (ECF No. 18). The parties stipulate they have reached a mutually satisfactory and agreed-upon resolution of all disputes, including all claims, counterclaims or matters which could have or should have been raised in this proceeding. Accordingly, this matter will be dismissed.

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**IT IS HEREBY ORDERED**:

Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without an award of costs or fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** April 13, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2